1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVEN R. MILLER,

11          Plaintiff,                    No. 2:12-cv-1982 DAD P

12   vs.

13   ALBERT NAJERA et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff, a federal prisoner proceeding pro se, has filed a civil rights action

17   pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his

18   complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged violations

19   took place while plaintiff was a pretrial detainee at the Fresno County Jail, which is located

20   within the boundaries of the Fresno Division of the United States District Court for the Eastern

21   District of California.  See Local Rule 120(d).

22          Pursuant to Local Rule 120(f), a civil action which has not been commenced in

23   the proper division of a court may, on the court's own motion, be transferred to the proper

24   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

25   court.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's

26   request to proceed in forma pauperis.

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

3        2.  This action is transferred to the United States District Court for the Eastern

4    District of California sitting in Fresno; and

5        3.  All future filings shall reference the new Fresno case number assigned and

6    shall be filed at:

7            United States District Court
             Eastern District of California
8            2500 Tulare Street
             Fresno, CA 93721
9

10   DATED: August 7, 2012.

11

12                                          _Dale A. Drozd_____

13                                          DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

14   DAD:9
     mill1982.22
15

16

17

18

19

20

21

22

23

24

25

26

                                            2