1

2

3

4

5

6

7    # UNITED STATES DISTRICT COURT

8    ## EASTERN DISTRICT OF CALIFORNIA

9

10   STEVEN R. MILLER,                          CASE No. 1:12-cv-01288-AWI-MJS (PC)

11                     Plaintiff,               ORDER DENYING AS MOOT PLAINTIFF'S
                                                MOTION TO PROCEED IN FORMA
12         v.                                   PAUPERIS

13   ALBERT NAJERA, et al.,                     (ECF No. 2)

14                     Defendants.

15   _____/

16

17

18         Plaintiff Steven R. Miller, a federal prisoner proceeding pro se filed this civil rights

19   action on July 30, 2012 pursuant to 42 U.S.C. § 1983 and Bivens v. Six Unknown

20   Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).  (ECF No. 1.)  On

21   July 30, 2012, he filed a motion to proceed in forma pauperis (ECF No. 2), which is now

22   before the Court.

23   ///

24   ///

25   ///

26

27

-1-

1    On August 13, 2012, Plaintiff paid the filing fee.  Accordingly, Plaintiff's motion to

2  proceed in forma pauperis is DENIED as moot.

3

4

5

6  IT IS SO ORDERED.

7

Dated:    March 29, 2013              /s/ *Michael J. Seng*

8                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27