# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. MILLER, | CASE No. 1:12-cv-01288-AWI-MJS (PC) |
| Plaintiff, | ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| ALBERT NAJERA, et al., | (ECF No. 2) |
| Defendants. | |

Plaintiff Steven R. Miller, a federal prisoner proceeding pro se filed this civil rights action on July 30, 2012 pursuant to 42 U.S.C. § 1983 and <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).  (ECF No. 1.)  On July 30, 2012, he filed a motion to proceed in forma pauperis (ECF No. 2), which is now before the Court.

///

///

///

-1-

On August 13, 2012, Plaintiff paid the filing fee. Accordingly, Plaintiff's motion to proceed in forma pauperis is DENIED as moot.

IT IS SO ORDERED.

Dated:   March 29, 2013              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE