**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STEVEN R. MILLER,** | **1:12-cv-01288-LJO (PC)** |
| Plaintiff, | **ORDER SETTING TRIAL SCHEDULING CONFERENCE** |
| v. | |
| **ALBERT NAJERA,** *et al.*, | Date: May 18, 2017 |
| Defendants. | Time: 8:30 a.m. |
| | Courtroom 4 (Seventh Floor) |

### I. SCHEDULING CONFERENCE

A Trial Scheduling Conference will be held on **May 18, 2017, at 8:30 a.m.** Parties have leave to appear by phone. Defendants are directed to set up a one-line conference call with all parties. Once all parties are in conference, Defendants will call the Court at (**559) 499-5680**. Any party that is not incarcerated is welcome to appear in person, but personal appearance is not required. The parties should be available for two hours, although the conference will likely take less time.

The parties shall be prepared to informally discuss the following issues:

    i.    A brief statement of the parties' claims and/or defenses;

    ii.    The status of discovery;

    iii.    Whether any party intends to use expert witnesses;

    iv.    Whether each party believes that a settlement conference would be beneficial, and if so, the timing for such a conference; and

    v.    Any immediate or ongoing issues or requests for injunctive relief regarding current incarceration that could require the Court's immediate attention.

**II. CONFERENCE STATEMENTS**

At least one week in advance of the Initial Scheduling Conference, each party shall file a scheduling conference statement. The scheduling conference statement shall address the issues listed above, as well as any other issues that the parties believe would assist in the scheduling of the case.

**III. SCHEDULING ORDER**

All previously established deadlines shall remain in place unless specifically vacated. Following the Trial Scheduling Conference, the Court will issue a Scheduling Order with the benefit of the input of the parties. Once issued, the dates in the Scheduling Order shall be firm and no extension shall be given without permission from the Court based on good cause shown.

IT IS SO ORDERED.

Dated: **May 3, 2017** /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE