# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN R. MILLER,** | **1:12-cv-01288 LJO (PC)** |
| **Plaintiff,** | **ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE STEVEN R. MILLER, #65070-097, VIA TELEPHONIC CONFERENCE CALL** |
| **v.** | |
| **ALBERT NAJERA, *et al.*,** | |
| **Defendants.** | Date: May 18, 2017 |
| | Time: 8:30 a.m. |

**Steven R. Miller, # 65070-097**, a party in a Trial Scheduling Conference in this case on May 18, 2017, is confined in the Federal Correctional Institution Terminal Island, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by telephonic conference call** before the Court on Monday, May 18, 2017, at 8:30 a.m. Pacific Time.


ACCORDINGLY, IT IS ORDERED that:


1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by telephonic conference call before the United States District Court at the time and place above, until completion of the scheduling conference or as ordered by the court.


2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Federal Correctional Institution Terminal Island, 1299 Seaside Avenue, San Pedro, CA 90731:**

**WE COMMAND** you to produce the inmate named above via telephonic conference call at the time and place above, until completion of the scheduling conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **May 3, 2017**                         **/s/ Lawrence J. O'Neill**
                                             UNITED STATES CHIEF DISTRICT JUDGE