# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN R. MILLER,** | 1:12-cv-01288-LJO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| **ALBERT NAJERA,** *et al.*, | |
| Defendants. | (ECF No. 76) |

Pro se Plaintiff Steven Miller brings this case alleging failure to protect and deliberate indifference under the Eighth and Fourteenth Amendments. On September 5, 2017, Defendants filed a motion for summary judgment. Doc. 70. On September 20, 2017, Plaintiff filed a motion for stay and/or request for extension of time to respond to the motions for summary judgment. Doc. 76. In light of the representations in Plaintiff's motion and the complexity of the pending motions, the Court finds good cause to GRANT Plaintiff an extension. Accordingly, Plaintiff shall file his opposition to the motion for summary judgment on or before November 2, 2017. Defendants may file any replies on or before November 17, 2017.

IT IS SO ORDERED.

    Dated: __September 22, 2017__      __/s/ Lawrence J. O'Neill__
                                                                              UNITED STATES CHIEF DISTRICT JUDGE